**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re APOLLO GROUP, INC. SECURITIES LITIGATION | ) Lead Case No.  CV 04-2147-PHX-JAT ) ) ORDER ) |
| This Document relates to:<br><br>ALL ACTIONS. | ) ) ) ) ) |

As the Court has previously discussed, the Ninth Circuit Court of Appeals has made clear that dispositive motions should not be filed under seal unless "compelling reasons" can be shown by the party seeking to file under seal. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). In this case, there has, again, been no justification for filing under seal. The Court of Appeals has noted that,

> ...the strong presumption of access to judicial records applies fully to dispositive pleadings, including motions for summary judgment and related attachments. We adopted this principle of disclosure because the resolution of a dispute on the merits, whether by trial or summary judgment, is at the heart of the interest in ensuring the public's understanding of the judicial process and of significant public events.

*Kamakana*, 447 F.3d at 1179 (internal quotations omitted).

As a result, the Court rules as follows:

**IT IS ORDERED** that by June 1, 2007, the parties show cause why (Doc. #239 and Doc. #240) should not be unsealed.[1]

**IT IS FURTHER ORDERED** that, if a party wishes to show cause why a document should remain sealed, such party shall make a particularized showing of a compelling reason why that particular document should remain sealed. Such showing cannot be a generalized

---

[1] If either party does not object to unsealing all of the above-referenced documents, such party can file a notice of no objection.

approach. In fact, if within a particular exhibit only a portion of the exhibit needs to be sealed, the particularized showing should be specific to ONLY that portion of the exhibit with an accompanying stipulation that the remainder of the exhibit will be unsealed.

DATED this 21st day of May, 2007.

_____
James A. Teilborg
United States District Judge