GIBSON, DUNN & CRUTCHER LLP
WAYNE W. SMITH
JOSEPH P. BUSCH, III
JARED M. TOFFER
KRISTOPHER P. DIULIO
4 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
kdiulio@gibsondunn.com

SNELL & WILMER L.L.P.
JOEL P. HOXIE (#005448)
JAMES R. CONDO (#005867)
JOSEPH G. ADAMS (#018210)
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6353
Facsimile: (602) 382-6070
jadams@swlaw.com

OSBORN MALEDON, P.A.
WILLIAM J. MALEDON (#003670)
DAVID B. ROSENBAUM (#009819)
MAUREEN BEYERS (#017134)
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
mbeyers@omlaw.com

Attorneys for Defendants
APOLLO GROUP, INC.; TODD S. NELSON;
and KENDA B. GONZALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| In re Apollo Group, Inc. Securities Litigation | Master File No. CV-04-2147-PHX-JAT |
|---|---|
| This Document Relates To: All Actions | **CLASS ACTION**<br><br>**DECLARATION OF BLAIN BUTNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Blain Butner, declare that:

1. I have personal knowledge of the facts recited herein and, if called and sworn as a witness, I would and could competently testify thereto.

2. Attached as Exhibit 30 to Defendants' Amended Statement of Undisputed Material Facts in Support of Motion for Summary Judgment is a true and correct copy of my expert report dated December 1, 2006 (the "Butner Report"), which I rendered under and pursuant to Federal Rule of Civil Procedure Rule 26 as a designated expert in the above-captioned action.

3. The Butner Report states my qualifications to give testimony on the subject matters for which I have been designated and, along with my curriculum vitae attached thereto as an exhibit, includes my educational and professional experience and numerous articles and professional presentations I have authored or co-authored.

4. The Butner Report states the opinions upon which I am competent to testify in this matter together with the bases for those opinions.

5. The Butner Report was marked at my deposition on February 14, 2007 and I was examined regarding my opinions expressed therein.

6. The statements and opinions contained in the Butner Report are true and correct, except as otherwise amended by my deposition testimony.

I declare under penalty of perjury, under and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on June 6, 2007, at the District of Columbia.

_____
Blain Butner

1

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| Name | Email |
|---|---|
| **Ramzi Abadou** | ramzia@lerachlaw.com |
| **Joseph G Adams** | jadams@swlaw.com |
| **Francis Joseph Balint, Jr.** | fbalint@bffb.com |
| **William J. Ban** | wban@barrack.com |
| **Jeffrey A. Barrack** | jbarrack@barrack.com |
| **Stephen R. Basser** | sbasser@barrack.com |
| **Maureen Beyers** | mbeyers@omlaw.com |
| **James R. Condo** | jcondo@swlaw.com |
| **Joel Philip Hoxie** | jhoxie@swlaw.com |
| **William S. Lerach** | general_efile@lerachlaw.com |
| **William J. Maledon** | wmaledon@omlaw.com |
| **Robert D. Mitchell** | robertmitchell@mitchelllaw.com |
| **Mark R. Rosen** | mrosen@barrack.com |
| **David B. Rosenbaum** | drosenbaum@omlaw.com |
| **Stephen G. Schulman** | sschulman@milbergweiss.com |
| **Rosemary J. Shockman** | RShock@aol.com |
| **Geoffrey M. Trachtenberg** | gmt@lclegal.com |
| **Marc M. Umeda** | mumeda@ruflaw.com |
| **Samuel M. Ward** | sward@barrack.com |

Gibson, Dunn & Crutcher LLP

I further certify that copies of the foregoing were sent on June 8, 2007 via U.S. Mail to the following parties:

**Leonard Barrack**
Barrack Rodos & Bacine
2 Commerce Sq
2001 Market St., Ste 3300
Philadelphia, PA 19103

**Patrick Joseph Coughlin**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine St
Ste 2600
San Francisco, CA 94111

                              /s/  Dena Kennedy

100138579_1.DOC

Gibson, Dunn & Crutcher LLP

2