UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

|   |   |   |
|---|---|---|
| Sekuk Global Ent., et al., | ) | Court of Appeals Docket No. 08-16791 |
|  | ) |  |
| Plaintiffs/Appellees, | ) | Docket Number(s) of Court of Appeals |
|  | ) | Companion and/or cross appeals (if known) |
| vs. | ) |  |
|  | ) | District Court |
| Policemen's Annuity & Benefit Fund of Chicago, | ) | Docket No.   CV 04-2147-PHX-JAT |
|  | ) |  |
| Movant/Appellants | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Apollo Group Inc., et al., | ) |  |
|  | ) |  |
| Respondents/Appellees | ) |  |
| _____ | ) | Date Transcript Filed: 08/12/08, 08/25/08, 08/28/08 |

CERTIFICATE OF RECORD

      This certificate is submitted in conformance with Circuit Rule 11-2 of the Local Rules of the U. S. Court of Appeals for the Ninth Circuit.  The record on appeal, consisting of the trial transcript (if any) and the trial court clerk's record, is ready for the purposes of the appeal.  This record is available in the office of the U.S. District Clerk identified below.

      The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure.  These

document numbers are reflected on the U. S. District Court docket sheet and should be used for reference purposes in the briefs.

                                                Richard H. Weare
                                                District Court Executive/Clerk of Court
                                                District of Arizona, Phoenix Division

                                                By:  s/Beth Stephenson
                                                      Deputy Clerk
                                              Date:    10/03/08